# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kenneth R. Woodard | ) | Case No. 1:25-MJ-375 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 13, 2025 _____ in the city/county of _____ Fairfax _____ in the _____ Eastern _____ District of _____ Virginia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Threats over interstate communications |
| 18 U.S.C. 115(a)(1)(B) | Threatening a federal official |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Jacob Mercer/ Jordan Harvey
*Printed name and title*

*Complainant's signature*

Benjamin House, United States Postal Insp
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means).*

Date: 6/13/2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.06.13 16:53:08 -04'00'

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*